**SO ORDERED.**

**SIGNED this 24th day of September, 2013.**





_____
Robert E. Nugent
United States Chief Bankruptcy Judge

DESIGNATED FOR ON-LINE PUBLICATION

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

IN RE:                              )
                                    )
**JANFORD R. KEITH,**               )      **Case No. 10-12997**
**KATHLEEN KEITH,**                 )      **Chapter 12**
                                    )
                    **Debtors.**    )
_____ )


## <u>ORDER ALLOWING PRIORITY AND § 1222(a)(2)(A) IRS CLAIMS</u>

In a Memorandum Opinion entered July 8, 2013, the contents of which are

incorporated by reference in this Order, I directed the parties to supplement the

stipulations by calculating the amounts of the Government's § 1222(a)(2)(A) general

unsecured and priority tax claims using the "marginal allocation method" consistent

-1-

with that opinion, including prepetition interest on the priority claim.[1] The parties filed their supplemental stipulation on July 30, 2013.[2]

After reviewing that stipulation, I accept their calculations and find that the Government's § 507(a)(8) unsecured priority claim shall be allowed in the amount of $64,932.54 (comprising $63,965.00 in tax and $967.54 in interest to the date of the petition). The Government's § 1222(a)(2)(A) general unsecured tax claim is allowed in the amount of $244,080.56.

The parties have further filed their supplemental stipulation with respect to the Government's tax claims that were reserved in the Order Confirming Debtors' Chapter 12 Plan of Reorganization entered August 16, 2011.[3] With the entry of this order allowing the IRS claim, the Court's Order of July 8, 2013 and the confirmation order are now final.

### 

---

[1] Dkt. 96.

[2] Dkt. 100.

[3] Dkt. 101 and Dkt. 60.